**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID HERRERA-ROMAN,<br><br>　　　　　　　　　Defendant. | CASE NO. 10CR4678-GT<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) of the Indictment/Information: <u>8:1326 (a) and (b) - Deported Alien Found in the United States (Felony).</u>

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/21/11

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　GORDON THOMPSON, JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE